| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 3-29-2018<br>3:31 p.m. (7 minutes) |

*Global Commodities, Inc. v. Ali Baba Enterprises of NY, Inc., et al.*
**CV 18-498 (SJF) (AKT)**

TYPE OF CONFERENCE: **TELEPHONE STATUS CONFERENCE**

APPEARANCES:  Plaintiff   Todd Wengrovsky

Defendant   Frank A. Mazzeo

FTR:   3:31-3:38

THE FOLLOWING RULINGS WERE MADE:

The Court set today's conference to hear from plaintiff's counsel his reasoning for declining to give new counsel for the defendants in this case an extension of the time to file an Answer. After hearing from both sides, the Court was advised that the parties have agreed to plaintiff's filing an Amended Complaint within five days, followed by defendants' Answer within 20 days. I have directed counsel to file an appropriate Stipulation to that effect on ECF by noon tomorrow.


SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge