**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GLOBAL COMMODITIES, INC.,

                         Plaintiff,

              -against-                   Case No. 2:18-cv-00498

ALI BABA ENTERPRISES OF NY, INC. AND
SAYED HASSIB AZAM,

                       Defendants.
------------------------------------------------------------X

## JOINT STIPULATION

The parties stipulate and agree to the following:

A. Defendants' Ali Baba Enterprises of NY, Inc.'s and Sayed Hassib Azam's Answer or other response to the Complaint was due by March 7, 2018.

B. Pursuant to a joint telephone conference with the Court on March 29, 2018:

1. Plaintiff Global Commodities, Inc. will file an amended Complaint by and including April 3, 2018.
2. The amendment will pertain only to correction of an issue to which the parties agreed on March 29, 2018.
3. After the amended Complaint is filed by Plaintiff, Defendants shall have twenty (20) days from the date of filing to file an Answer to the amended Complaint.

Date: March 30, 2018

Law Offices of Todd Wengrovsky, PLLC        Ryder, Lu, Mazzeo & Konieczny LLC


By: /ToddWengrovsky/                By: /FrankAMazzeo/
Todd Wengrovsky                       Frank A. Mazzeo
285 Southfield Road, PO Box 585       808 Bethlehem Pike, Suite 200
Calverton, NY 11933                 Colmar, PA 18915
(631) 727-3400 (t)                    (215) 997-0248 (t)
(631) 727-3401 (f)                    (215) 997-0266 (f)
contact@twlegal.com               fmazzeo@ryderlu.com
*Attorney for Plaintiff*                *Attorney for Defendants*

Approved and So Ordered this _____ day of _____, 2018.


                              _____
                              _____, J.

## **CERTIFICATE OF SERVICE**

I certify a true and correct copy of the foregoing Joint Stipulation was served this date via electronic filing and email upon the following:

Todd Wengrovsky
Law Offices of Todd Wengrovsky, PLLC
285 Southfield Road, PO Box 585
Calverton, NY 11933
(631) 727-3400 (t)
(631) 727-3401 (f)
contact@twlegal.com
*Attorney for Plaintiff*

Date: <u>March 30, 2018</u>                    By: <u>/DenisYanishevskiy/</u>
                                                Denis Yanishevskiy