UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLOBAL COMMODITIES, INC.,

                              Plaintiff,

        -against-                      Case No. 2:18-cv-00498

ALI BABA ENTERPRISES OF NY, INC. AND
SAYED HASSIB AZAM,

                              Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 03 2018 ★

LONG ISLAND OFFICE

## JOINT STIPULATION

The parties stipulate and agree to the following:

A. Defendants' Ali Baba Enterprises of NY, Inc.'s and Sayed Hassib Azam's Answer or other response to the Complaint was due by March 7, 2018.

B. Pursuant to a joint telephone conference with the Court on March 29, 2018:

1. Plaintiff Global Commodities, Inc. will file an amended Complaint by and including April 3, 2018.
2. The amendment will pertain only to correction of an issue to which the parties agreed on March 29, 2018.
3. After the amended Complaint is filed by Plaintiff, Defendants shall have twenty (20) days from the date of filing to file an Answer to the amended Complaint.

Date: March 30, 2018

Law Offices of Todd Wengrovsky, PLLC         Ryder, Lu, Mazzeo & Konieczny LLC

By: /ToddWengrovsky/                         By: /FrankAMazzeo/
Todd Wengrovsky                                 Frank A. Mazzeo
285 Southfield Road, PO Box 585             808 Bethlehem Pike, Suite 200
Calverton, NY 11933                         Colmar, PA 18915
(631) 727-3400 (t)                             (215) 997-0248 (t)
(631) 727-3401 (f)                             (215) 997-0266 (f)
contact@twlegal.com                         fmazzeo@ryderlu.com
*Attorney for Plaintiff*                           *Attorney for Defendants*

Approved and So Ordered this __2d__ day of ___April___, 2018.

                                              /s/ A. Kathleen Tomlinson
                                              _____USMJ_____, J.