UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GLOBAL COMMODITIES, INC.,

                        Plaintiff,

       -against-                      Case No. 2:18-cv-00498

ALI BABA ENTERPRISES OF NY, INC. AND
SAYED HASSIB AZAM,

                       Defendants.
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      The undersigned, hereby certifies that a true and correct copy of the May 23, 2018 Order to Show Cause was served on the following via U.S. First Class mail and email on May 25, 2018:

                    Mr. Sayed Hassib Azam
                    Ali Baba Enterprises of NY, Inc.
                    146-49 25th Drive
                    Flushing, NY 11354
                    goldeneaglecars@yahoo.com

and on the following via U.S. First Class mail on May 29, 2018:

                    Ali Baba Enterprises of NY, Inc.
                    146-49 25th Drive
                    Flushing, NY 11354

      Additional affidavits of service of the May 23, 2018 Order to Show Cause by personal service upon Mr. Sayed Hassib Azam and Ali Baba Enterprises of NY, Inc. will follow.

Dated: May 29, 2018

                                                                _____
                                                                Denis Yanishevskiy