## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: CV 18-498 (SJF) (AKT)

Date Filed: _____

Plaintiff:
**GLOBAL COMMODITIES, INC.**

vs.

Defendant:
**ALI BABA ENTERPRISES OF NY, INC. AMD SAYED HASSIB AZAM,**

For:
RYDER, LU, MAZZEO & KONIECZNY LLC
808 BETHLEHEM PIKE
SUITE 200
COLMAR, PA 18915

Received by Direct Process Server LLC on the 25th day of May, 2018 at 3:47 pm to be served on **SAYED HASSIB AZAM, 146-49 25TH DRIVE, FLUSHING, NY 11354**.

I, Leslie Nielsen, do hereby affirm that on the **26th day of May, 2018** at **11:51 am, I:**

Served **SAYED HASSIB AZAM INDIVIDUALLY/PERSONALLY** by delivering a true copy of the **ORDER TO SHOW CAUSE** at the date and hour of service endorsed above thereon by me, to: **SAYED HASSIB AZAM** at the address of: **146-49 25TH DRIVE, FLUSHING, NY 11354**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: East Indian, Height: 5'9", Weight: 170, Hair: Black, Glasses: N



## RETURN OF SERVICE For CV 18-498 (SJF) (AKT)

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on : _____5-30-18_____
             Date

_____
**Leslie Nielsen**

**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2018001561