

# Ryder • Lu • Mazzeo • Konieczny LLC

INTELLECTUAL PROPERTY LAW

June 12, 2018

Honorable Judge A. Kathleen Tomlinson  **VIA ECF AND COURTESY**
U.S. District Magistrate Judge  **COPY VIA FACSIMILE TO**
U.S. District Court, Eastern District of New York  **(631) 712-5766**
100 Federal Plaza, P.O. Box 9014
Central Islip, NY 11722-9014

    Re:    Hearing Regarding Order to Show Cause
             Global Commodities, Inc. v. Ali Baba Enterprises of NY, Inc. *et al.*
             U.S. District Court, Eastern District of New York
             Case No.: 2:18-cv-00498

Dear Judge Tomlinson:

    I write to respectfully request permission to attend the June 19, 2018 hearing regarding the Order to Show Cause in connection with my request to withdraw as counsel for the defendants in the above-captioned matter by telephone. I spoke to Mr. Azam on June 8, 2018, during which time he informed me that he no longer wished for me or my firm to represent him or Ali Baba Enterprises of NY, Inc. in this matter as his attorneys. Therefore, I am hoping that the hearing will be relatively short. I also am making this request because my drive to the Court would be approximately three hours each way.

    Thank you in advance for your attention to this request.

                              Very truly yours,

                              Ryder, Lu, Mazzeo & Konieczny LLC

                              By: _____
                                  Frank A. Mazzeo

FAM/DY
cc:    Todd Wengrovsky, Esq. (via ECF and email)
        Sayed Hassib Azam, individually and on behalf of Ali Baba Enterprises of NY, Inc.
        (via U.S. First Class mail and email)