UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLOBAL COMMODITIES, INC.,

                                      Plaintiff,

                  -against-                                    Case No. 2:18-cv-00498

ALI BABA ENTERPRISES OF NY, INC. AND
SAYED HASSIB AZAM,

                                      Defendants.
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      The undersigned, hereby certifies that a true and correct copy of the June 20, 2018 Civil Conference Minute Order of the Show Cause Hearing before U.S. Magistrate Judge A. Kathleen Tomlinson was served on the following via UPS overnight, U.S. First Class mail, and email on June 20, 2018:

                          Mr. Sayed Hassib Azam
                       Ali Baba Enterprises of NY, Inc.
                            146-49 25th Drive
                            Flushing, NY 11354
                       goldeneaglecars@yahoo.com

and on the following via UPS overnight and U.S. First Class mail on June 20, 2018:

                       Ali Baba Enterprises of NY, Inc.
                           146-49 25th Drive
                           Flushing, NY 11354

Dated: June 20, 2018

                                                        Denis Yanishevskiy